IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAYNOR SMITH § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No.  3:14-CV-01666-K-BK |
| § | |
| WILLIAM STEPHENS, § | |
| DIRECTOR § | |
| § | |
| Respondent. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that that the petition for writ of habeas corpus and Petitioner's motion to stay and abate this federal proceeding is **DENIED**.

SO ORDERED.

Signed July 9th, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE